# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1702
_____

PARADIGM RESTAURANT GROUP,
LLC, A/K/A PARADIGM
INVESTMENT GROUP, LLC, A
NEVADA LIMITED LIABILITY
COMPANY, SUCCESSOR-IN-
INTEREST TO JASCO PREMIERE
FOODS, INC., D/B/A HARDEES
RESTAURANT

    Petitioner,

    v.

OAKMONTE SHOPPING CENTER,
LLC, A FLORIDA LIMITED
LIABILITY COMPANY

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


February 26, 2024


PER CURIAM.

    DISMISSED.

BILBREY, TANENBAUM, and LONG, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————


Gregory K. Rettig and Justin T. Keeton of Lloyd, Gray, Whitehead and Monroe, P.C., Pensacola, for Petitioner.

Bailey Howard, Michael James Schofield, Scott Alexander Remington, and Trevor A. Thompson of Clark Partington, Pensacola, for Respondent.